1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTOINETTE Y. SULLIVAN,                    No.  2:24–cv–00016–AC SS PS

12                 Plaintiff,                    ORDER GRANTING IFP AND
                                                DIRECTING E-SERVICE
13          v.

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                   Defendant.
16

17          Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See

18   28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19   security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the

20   required affidavit, which demonstrates an inability to prepay fees and costs or give security for

21   them.  Plaintiff also submitted a "First Amended Complaint" which appears unrelated to this

22   social security action.  ECF No. 3.  Accordingly, IT IS HEREBY ORDERED that:

23          1.     The First Amended Complaint at ECF No. 3 is STRICKEN as unrelated to the SSI

24                 determination referenced in the initial complaint;

25          2.     Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

26          3.     The Clerk of Court is directed to issue a summons for this case;

27
     _____
28   [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
     pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

                                                    1

4.      In keeping with the court's e-service procedure for Social Security cases,[2] service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

5.      The Clerk of Court is DIRECTED to issue a scheduling order in this case.

IT IS SO ORDERED.

DATED: January 30, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/