UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE Y. SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 2:24-cv-16-CSK<br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff Antoinette Y. Sullivan, proceeding without the aid of counsel, filed this action on January 3, 2024. (ECF No. 1.) Under the operative scheduling order, Plaintiff's motion for summary judgment was to be filed 30 days after the filing of the administrative transcript. (ECF No. 8 at 3(b).) The Commissioner filed the administrative transcript on April 1, 2024, making Plaintiff's motion due by May 1, 2024. This deadline has passed without any filing by Plaintiff. Accordingly, within fourteen days of the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated:  May 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Chi Soo Kim
　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3, sull.16